73,697-06,07,08, 09

RAUL D. JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

Court of Criminal Appeals                    June 3, 2015
Louise Pearson, Clerk
P.O. Box 12308
Austin, Tx. 78711

RE: EX PARTE RAUL DAVID JACKSON, Writ No. WR-73,697-06, WR-73,697-07,
WR-73,697-08, WR-73,697-09

Dear Clerk,

    Enclosed please find Applicant's Supplemental Appendix to
Brief in Support of Application for Writ of Habeas Corpus to be
included in the record in the above-referenced cause numbers.

    In an Order issued by the Court on May 20, 2015, the Court
requested the original plea papers be sent from the trial court.
I did, however, make this request to the trial court clerk at the
time of filing that these papers and others be included in the
habeas record, and the clerk failed to comply with my request. I
have included only the papers that I referenced in my application
and brief. Including the Notice of Dispositions that I believe
that the trial court clerk may not send and are relevant to my
claims for relief.

    Please bring this information to the attention of the Court.
Thank you.

                                    Sincerely,

                                    Raul David Jackson
                                    Applicant, Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

WRIT NO. WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09


EX PARTE

RAUL DAVID JACKSON


SUPPLEMENTAL APPENDIX TO

BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS

# TABLE OF CONTENTS

CERTIFICATE OF AUTHENTICITY

**EXHIBIT 1 - Trial No. F-0554511**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheets / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 2 - Trial No. F-0555473**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 3 - Trial No. F-0556279**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 4 - Trial No. F-0557397**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 5 -** Deadly Weapon Allegation No. F-0554511 only

## CERTIFICATE OF AUTHENTICITY

I, Raul David Jackson, Applicant pro se, do certify and declare under penalty of perjury that the documents contained in this Supplemental Appendix to Brief in Support of Application for Writ of Habeas Corpus are true and correct copies of originals as provided to Applicant by the Dallas County District Clerk.

EXECUTED this 3rd day of June, 2015

Raul David Jackson
Applicant, Pro Se

EXHIBIT I

EXHIBIT I

CAUSE NO. F-0554511

EXHIBIT I

JS

DEFENDANT Jackson, Raul David     B M 06061969   CHARGE POSS CS INT DEL 400G/2N1

AKA:

ADDRESS   4814 Parry B, Dallas, Tx        LOCATION DSO

FILING AGENCY TXDPD0000   DATE FILED July 14, 2005      COURT     CDC5

COMPLAINANT McKinney, V        F-0554511     VT#:

C/C     Francisco Trevino:
      Jacqueline Trevino

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., ___ 2005 ___ of the

_____ Criminal District Court 5 _____ , Dallas County, in said Court at said

Term, do present that one      **JACKSON, RAUL DAVID**      , Defendant,

On or about the    8 th   day of July A.D., 2005    in the County of Dallas and said State, did

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

Bill Hill

_____         _____

Criminal District Attorney of Dallas County, Texas     Foreman of the Grand Jury

Case No. F 05-54511

STATE OF TEXAS                          §        IN THE _____ CDC 4 _____
         VS.                            §        DISTRICT COURT _____
_____ JACKSON, Raul _____               §        DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [✓] Guilty     [ ] Nolo contendere
**[ ] Defendant will testify.**    [✓] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [✓] True    [ ] Not true
**Type of plea:** [✓] Plea bargain    [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____
**State's recommendation:** _____.
**Agreed sentence:**
[✓] Confinement in *(penitentiary)* *(state jail)(county jail)* for ____ 17 ____ *(years)* *(months) (days)*.
[ ] Post-conviction community supervision, confinement probated for _____ *(years) (months) (days)*.
[ ] Deferred community supervision for _____ *(years) (months) (days)*.
[✓] Fine of $____ 5,000 ____.   [ ] To be paid.    [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation    [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center    [ ] CENIKOR    [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.      [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.    [ ] Defendant knowingly and voluntarily waives appeal.
[✓] Other: ___ Credit for all backtime, all sentences to run concurrently ___.

## [ ] CHANGE OF NAME *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

## COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ PCS 400 g _____.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, (5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

## DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b. ..ed on an indictment returned by a grand .. ..; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ PCS 400g _____ on ___ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S) *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

11/30/05
Date

Defendant
Printed Name: _____ RAUl JACKsoN _____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

11/30/05
Date

Attorney for Defendant
Printed Name: _____ BILL Cox _____
State Bar # _____ 04956497 _____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

11/30/05
Date

BILL HILL, Criminal District Attorney, Dallas County, by

Assistant District Attorney
Printed Name: _____
State Bar # _____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____        _____
Date                                              Judge

JS

DEFENDANT Jackson, Raul David    B   M   06061969    CHARGE POSS CS INT DEL
                                                    400G/2ND

AKA:

ADDRESS    4814 Parry B, Dallas, Tx             LOCATION DSO

FILING AGENCY TXDPD0000    DATE FILED July 14, 2005      COURT       CDC5

COMPLAINANT    McKinney, V                 F-0554511     VT#:

C/C          Francisco Trevino:
               Jacqueline Trevino

---

THE STATE OF TEXAS                      CAUSE NO. F-0554511

     VS.

**Jackson, Raul David**                CRIMINAL DISTRICT COURT 5
                                 DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

     Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the     8 th     day of July A.D., 2005         , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

     And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____                  _____
Attorney for Defendant                         Defendant

SWORN TO AND SUBSCRIBED before me on the _____ 28 _____ day of _Nov._, 20 05

APPROVED BY:
                                   JIM HAMLIN, CLERK
                                   DISTRICT COURTS OF
                                   DALLAS COUNTY, TEXAS

_____     By _____
Assistant District Attorney                   Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are, in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

BAIL STATUS:    JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA |
|---|---|---|---|
| RAUL DAVID JACKSON | Bill Cox 1st | UNLAWFUL POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE, TO-WIT: COCAINE AS CHARGED IN THE INDICTMENT //400G/2ND | AUGUST |
| | Ct: Frances Norris<br>Jacqueline Norris | | |

| DATE OF ORDER | ORDERS OF COURT | |
|---|---|---|
| 8-31-05 | Transferred CDC#4, C.A.Walkercase # | |
| OCT 19 2005 | | |
| 9/22/05 | Cont | |
| 9/30/05 | Cont | |
| 10/4/05 | Cont | |
| 10/20/05 other - mult case | | |
| 11.2.05. " | | |
| 11.11.05. Cont | | |
| 11.11.05. Allset | | |
| 11.3.05 plea | | |
| 11.30.05 plea | | |

DEFENDANT PLEADS TRUE/UNTRUE TO THE ____ day of
ENHANCEMENT PARAGRAPH / PARAGRAPHS
THE COURT / JURY FINDS THE ENHANCEMENT
PARAGRAPH / PARAGRAPHS TO BE
TRUE/UNTRUE.

Jury waived. Defendant arraigned. Defendant warned.
Plea of guilty before Court. Found guilty of

and that Defendant committed said offense on the ____
____ day of _____, 19 __. 20 _5_. Punishment fixed at
Seventeen (17) years confinement in
the Texas Department of Corrections. Defendant sentenced.
Back time allowed. $500

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. _____

BAIL STATUS: _____

| DATE OF ORDER | STATE OF TEXAS | ATTORNEYS | ORDERS OF COURT | OFFENSE | DATE |
|---|---|---|---|---|---|
| 12-6-05 | | | 12-6-06 Jury Trial | | |
| 1-30-05 | | | Def present, Def Atty, M/with draw. End M/Granted | | |
| FEB 1 7 2006 | | | 5-1-06 - TRIAL | CR: Belinda Bourala | |
| 050206 | | | Filed on Motion of Dist. Atty. L. KATZ-SMITH Asst. Dist. | (a) AUX # 76 1-30-06 | |

Paul B.

_____
SENIOR DISTRICT JUDGE

Cause No. __05-54511__

THE STATE OF TEXAS
VS.
__Jackson, Raul__

§
§
§

IN THE __C0C 4__
DISTRICT COURT
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: __04952497__
Mailing Address: __1401 Elm #3310__
__Dallas, TX 75202__
Telephone #:
Fax # (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ   0008

CASE NUMBER F-0554511                                  DATE 120605
OFFENSE MFR CS 4G                                      TIME 143150
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                   RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
    17 YRS TO H TDC                           APPEAL _____

     SPECIAL CONDITION                        MNT _____


    $    5000.00 FINE $    228.00 COST     SENTENCE TO BEGIN 113005
ADDITIONAL CREDIT FOR TIME SERVED
    070805-113005
REMARKS  120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY



JIM HAMLIN
DISTRICT CLERK                    ]     RELEASE INFORMATION
DALLAS COUNTY, TEXAS              ]  REMARKS _____
                                 ]
BY GILL D                        ]     _____
   DEPUTY CLERK                  ]     _____
                                 ]     _____

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                          SEQ   0001


CASE NUMBER F-0554511                         DATE 121305
OFFENSE MFR CS 4G                             TIME 104549
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID              RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE

                                   APPEAL _____

        SPECIAL CONDITION          MNT   _____


     $       0. 0 FINE $      0. 0 COST        SENTENCE TO BEGIN _____
ADDITIONAL CREDIT FOR TIME SERVED _____

REMARKS  121305 DEFT IN JAIL; DEFT SENTENCE IN ERROR-PLEASE DELETE SENTENCE
     THIS DEFT-- DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE CORRECTLY S
     TENCE DISREGARD SENTENCE-DEFT SENTENCE IN ERROR THANK YOU _____
     _____

JIM HAMLIN                         _____
DISTRICT CLERK                     ]        RELEASE INFORMATION
DALLAS COUNTY, TEXAS               ] REMARKS _____
                                   ] _____
BY GILL D                          ] _____
   DEPUTY CLERK                    ] _____
                                   ] _____

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-54511_

THE STATE OF TEXAS

VS.

_Paul Jackson_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

_____
RIGHT THUMB*

Defendant's __R__ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-
NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION
OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _December_ , 20_05_.

_____ #437
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint
is placed in box:

____ left thumbprint           ____ left/right index finger

____ other, _____

601 131

# THE STATE OF TEXAS,

| | | | |
|---|---|---|---|
| No. F05-54511-K | VS. | § | IN THE CRIMINAL |
| | | § | |
| | | § | DISTRICT COURT FOUR |
| | | § | |
| _____ | | § | OF DALLAS COUNTY, TEXAS |
| | | § | |
| RAUL DAVID JACKSON | | § | APRIL TERM, A.D., 2006 |
| PID 400G | | | |

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number F06-00445-K.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~Granted~~ on Motion of Dist. Atty. ( _K. Sloa_ _____ Asst. Dist. ▆

EXHIBIT 2

EXHIBIT 2

CAUSE NO. F-0555473

EXHIBIT 2

JS

DEFENDANT  Jackson, Raul                    B  M  06061969  CHARGE  DEL CS 1G/2ND

  AKA:

ADDRESS _____  LOCATION  DSO_____

FILING AGENCY  TXDPD0000   DATE FILED  August 05, 2005          COURT          CDC5

COMPLAINANT  McKinney, V                    F-0555473          VT#:_____

C/C _____

---

### TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of

Dallas County, State of Texas, duly organized at the _____July_____ Term, A.D., __2005__ of the

_____Criminal District Court 5_____ , Dallas County, in said Court at said

Term, do present that one            **JACKSON, RAUL**                    , Defendant,

On or about the _____11 th____ day of May A.D., 2005_____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

  And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

**Bill Hill**

Foreman of the Grand Jury

Case No. F____ 05- 55473

STATE OF TEXAS

§  IN THE ____CDC4____
§  DISTRICT COURT _____
§  DALLAS COUNTY, TEXAS

VS.

JACKSON, RAul

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [ ✓ ] Guilty     [ ] Nolo contendere
**[ ] Defendant will testify.**     [ ✓ ] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [ ✓ ] True     [ ] Not true
**Type of plea:** [ ✓ ] Plea bargain     [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[ ✓ ] Confinement in (penitentiary) ~~(state jail)(county jail)~~ for _15 NMA_ (years) ~~(months) (days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[ ✓ ] Fine of $_5,000_ __or__.   [ ] To be paid.   [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation   [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.     [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ✓ ] Defendant will sign waiver of extradition.     [ ] Defendant knowingly and voluntarily waives appeal.
[ ✓ ] Other:_____Credit for all backtime, all sentences to run concurrently_____

## [ ] CHANGE OF NAME (Applicable only if box is checked)

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

## COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: ____DC1 19-49____.
The punishment range for the offense charged is:
[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

## DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b    ied on an indictment returned by a granu    j; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ _DE1 1-4_5_____ on __ _5-11-05_ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✗ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*
I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

_11/30/05_
Date

Defendant
Printed Name: ___RAul JACKSoN___

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

_11/30/05_
Date

Attorney for Defendant
Printed Name: ___BILL Cox___
State Bar # ___04956497___

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

_11/30/05_
Date

BILL HILL, Criminal District Attorney, Dallas County, by

Assistant District Attorney
Printed Name: ___Kate Sica___
State Bar # ___24041912___

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____
Date

_____
Judge

JS

DEFENDANT Jackson, Raul                    B  M    06061969    CHARGE DEL CS 1G/2ND

    AKA:

ADDRESS _____    LOCATION DSO _____

FILING AGENCY TXDPD0000    DATE FILED August 05, 2005    COURT    CDC5

COMPLAINANT   McKinney, V _____    F-0555473    VT#: _____

C/C    _____

---

THE STATE OF TEXAS                         CAUSE NO. F-0555473

    VS.

**Jackson, Raul**                          CRIMINAL DISTRICT COURT 5
                                           DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.   I further consent to the introduction of this Judicial Confession, and  testimony orally, by affidavits, written statements of witnesses and other   documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been  sworn, upon oath, I judicially confess  to the  following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the        11 th        day of  May A.D., 2005                  , in Dallas County,  Texas,  I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____                _____
Attorney for Defendant                              Defendant

SWORN TO AND SUBSCRIBED before me on the _____ 30 _____ day of Nov , 20 05

APPROVED BY:

                                           JIM HAMLIN, CLERK
                                           DISTRICT COURTS OF
                                           DALLAS COUNTY, TEXAS

_____                _____
Assistant  District Attorney     By          Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

BAIL STATUS: JAIL

No. ___ F05-5547

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA |
|---|---|---|---|
| RAUL JACKSON | Gabriel Esparza @ 362550 (A) | TO-WIT: UNLAWFUL DELIVERY OF A CONTROLLED SUBSTANCE, TO-WIT: COCAINE A 2ND DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/1G/2ND | SEPTEMBE |
| | Bill Wright | | |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| D505391 8 | |
| 9-14-05 Wed | |
| 9-14-05 reset to CDC #4 | |
| 9-16-05 Transfer to CDC #4, future lower case # D554511 | |
| OCT 19 2005 Transfer to CDC #4 A new lower case #D5545511. | |
| 10/20/05 status " " | |
| 11-2-05 " " | |
| 11-11-05 Como | |
| 11-17-05 Aleer t | |
| 11-23-05 plea | |
| 11-30-05 plea | |

Jury Waived. Defendant arraigned. Defendant warned. Plea of guilty before Court. Found guilty of _____

and that Defendant committed said offense on the _____ 11 _____ day of ___MAY___, 19 _2005_. Punishment fixed at _____ _____ years confinement in the Texas Department of Corrections. Defendant sentenced.

Back time allowed $5000

DEFENDANT PLEADS TRU... ENHANCEMENT PARAGR... THE COURT FINDS THE ... PARAGRAPH TO BE ... TRUE/UNTRUE.

DEFENDANT PLEAS TR... ENHANCEMENT PARAGR... THE COURT FINDS... PARAGRAPH ON ... TRUE/UNTRUE.

9/8/05 / 11-30-06 Jury Trial

CR/Belinda Do Aux #7 11

Cause No. 05- 55473

THE STATE OF TEXAS
VS.
JACKSON, RAUL

§
§
§

IN THE COC 4
DISTRICT COURT
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: 04957497
Mailing Address: 1401 Elm #3310
Telephone #: Dallas, TX 75202
Fax # (if any): 214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                          SEQ  0009

                                                        DATE 120605
CASE NUMBER F-0555473                                   TIME 143425
OFFENSE DEL CS 1G
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                  RACE H SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
   15 YRS TO H TDC                              APPEAL _____

   SPECIAL CONDITION                            MNT _____


   $      5000.00 FINE  $      273.00 COST    SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
   070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY


JIM HAMLIN
DISTRICT CLERK                          ]      RELEASE INFORMATION
DALLAS COUNTY, TEXAS                     ]  REMARKS _____
                                        ]          _____
BY GILL D                               ]          _____
   DEPUTY CLERK                         ]          _____
                                        ]          _____

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                          SEQ  0002

CASE NUMBER F-0555473                          DATE 121305
OFFENSE DEL CS 1G                              TIME 105004
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE

                                    APPEAL

     SPECIAL CONDITION                MNT

     $        0. 0 FINE  $        0. 0 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENCE
     N THIS DEFT. DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE SENTENCED C
     RECTLY-PLEASE DISREGARD DEFT SENTENCED IN ERROR THANK YOU

JIM HAMLIN
DISTRICT CLERK                          ]     RELEASE INFORMATION
DALLAS COUNTY, TEXAS                     ]  REMARKS
                                        ]
BY GILL D                               ]
     DEPUTY CLERK                        ]

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-55473_

THE STATE OF TEXAS

VS.

_RAUL JACKSON_

IN THE _____

DISTRICT COURT _#4_

DALLAS COUNTY, TEXAS

_____
RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_, 20 _05_.

_____ #437
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint          _____ left/right index finger

_____ other, _____

# THE STATE OF TEXAS,

No. F05-55473-K        VS.      §        IN THE CRIMINAL

§

§        DISTRICT COURT FOUR

§

§        OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON      §        APRIL TERM, A.D., 2006
DEL CS**1**G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00448-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~Grant~~ed on Motion of Dist. Atty. ( __K-SLOA__ Asst. Dist. ■■■

FILED
2006 MAY -2 PM 3:36
JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

5/1/06

EXHIBIT 3

EXHIBIT 3

CAUSE NO. F-0556279

EXHIBIT 3

CH

DEFENDANT   Jackson, Raul David          B  M  06061969   CHARGE DEL CS 4G/2ND

    AKA:

ADDRESS _____   LOCATION DSO _____

FILING AGENCY TXDPD0000   DATE FILED August 25, 2005          COURT _____ JDC195 _____

COMPLAINANT McKinney, V _____   F-0556279          VT#:

C/C _____

===

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., ___ 2005 ___ of the

_____ 195th Judicial District Court _____ , Dallas County, in said Court at said

Term, do present that one          **JACKSON, RAUL DAVID**          , Defendant,

On or about the ___ 5 th ___ day of July A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

   And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

    **Bill Hill**

_____

Foreman of the Grand Jury.

Case No. F 05-56279

STATE OF TEXAS                    §        IN THE _____ CDC 4 _____
        VS.                       §        DISTRICT COURT _____
_____ JACKSON, Raul _____         §        DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

Defendant's plea:                    [✓] Guilty          [ ] Nolo contendere
[ ] Defendant will testify.          [✓] Defendant will NOT testify.
Plea to enhancement paragraph(s):    [✓] True            [ ] Not true
Type of plea:                        [✓] Plea bargain    [ ] Open plea
Open as to: [ ] Deferred Adjudication  [ ] Community Supervision  [ ] Fine  [ ] Restitution
[ ] Other:_____.
State's recommendation: _____.
Agreed sentence:
[✓] Confinement in (penitentiary) (state jail) (county jail) for _____ 15 _____ (years) (months) (days).
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[✓] Fine of $ 5,000 _____. [ ] To be paid.   [ ] To be probated.
[ ] Boot Camp [ '] Shock Probation    [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center    [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.          [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.        [ ] Defendant knowingly and voluntarily waives appeal.
[ ] Other: _____.

## [ ] CHANGE OF NAME *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

## COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ DCS 4g - 200 g _____.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

## DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to be tried on an indictment returned by a grand jury; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ DCS 49-200g _____ on _____ 7-5-05 _____ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

**DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*
I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

### SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

_11/30/05_
Date

X_____
Defendant
Printed Name: _____ Raul JACKSON _____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

_11/30/05_
Date

_____
Attorney for Defendant
Printed Name: _____ Bill Cox _____
State Bar #_____ 04956497 _____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

_11/30/05_
Date

BILL HILL, Criminal District Attorney, Dallas County, by
_____
Assistant District Attorney
Printed Name: _____ Katesica _____
State Bar #_____ 24041912 _____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____
Date

_____
Judge

CH

DEFENDANT Jackson, Raul David    B   M   06061969    CHARGE DEL CS 4G/2ND

     AKA:

ADDRESS _____    LOCATION DSO

FILING AGENCY TXDPD0000    DATE FILED August 25, 2005    COURT    JDC195

COMPLAINANT    McKinney, V      F-0556279    VT#:

C/C _____

---

THE STATE OF TEXAS          CAUSE NO. F-0556279

     VS.

**Jackson, Raul David**        195TH JUDICIAL DISTRICT COURT
                   DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the    5 th    day of July A.D., 2005       , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____
Attorney for Defendant             _____
                                   Defendant

SWORN TO AND SUBSCRIBED before me on the _____ 30 _____ day of _Nov_, 20 05

APPROVED BY:

JIM HAMLIN, CLERK
DISTRICT COURTS OF
DALLAS COUNTY, TEXAS

_____    By _____
Assistant District Attorney            Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. F05-5627

BAIL STATUS: JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA[TE] |
|---|---|---|---|
| RAUL DAVID JACKSON | | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE, A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | SEPTEMBE[R] |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| OCT 17 2005 | |
| OCT 19 2005 | |
| NOV 8 2005 | |

Jury waived. Defendant arraigned. Defendant warned.
Plea of guilty before Court. Court found guilty of _____

and that Defendant committed said offense on the ____ day of _____, 19 2005, Punishment fixed at ____ 15 ____ years confinement in the Texas Department of Corrections. Defendant sentenced. Back time allowed. $5,000 —

DEFENDANT PLEADS TRUE / UNTRUE
ENHANCEMENT PARAGRAPH
THE COURT FINDS
PARAGRAPH/PARAGRAPHS TO BE
TRUE/UNTRUE.

SENIOR DISTRICT JUDGE

on Motion of Dist. Atty. ____ Asst. Dist.

Cause No. _05 - 56279 - K_

THE STATE OF TEXAS §    IN THE _CDC 4_
VS. _JACKSON, RAVI_ §    DISTRICT COURT
§    DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____    _____
Judge                            Date Signed

I have received a copy of this certification:

_____    _____
Defendant (if not represented by counsel)    Defendant's Counsel
Mailing Address:                  State Bar No.: _04956497_

Telephone #:                  Mailing Address: _1401 Elm #3310_
Fax # (if any)                     _Dallas, TX 75202_
                              Telephone #:
                              Fax # (if any): _214 220-3111_

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                              SEQ  0007

CASE NUMBER F-0556279                                    DATE 120605
OFFENSE DEL CS 4G                                        TIME 142514
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
    15 YRS TO H TDC                       APPEAL

        SPECIAL CONDITION                 MNT

    $     5000.00 FINE  $     223.00 COST      SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
    070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY

JIM HAMLIN
DISTRICT CLERK                        ]        RELEASE INFORMATION
DALLAS COUNTY, TEXAS                  ] REMARKS
                                      ]
BY GILL D                             ]
    DEPUTY CLERK                      ]
                                      ]

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                           SEQ   0003

CASE NUMBER F-0556279                                        DATE 121305
OFFENSE DEL CS 4G                                            TIME 105324
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE
                                                 APPEAL

        SPECIAL CONDITION                        MNT

        $        0.00 FINE  $        0.00 COST      SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-DEFT DIDN'T ACCEPTED PL
   A AGREEMENT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY S
   NTENCED-DISREGARD SENTENCE-SENTENCED IN ERROR THANK YOU


   JIM HAMLIN
   DISTRICT CLERK
   DALLAS COUNTY, TEXAS                   ]      RELEASE INFORMATION        ]
                                          ] REMARKS                        ]
                                          ]                                ]
   BY GILL D                              ]                                ]
      DEPUTY CLERK                        ]                                ]
                                          ]                                ]

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-56279_

THE STATE OF TEXAS

VS.

_PAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

---

RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-
NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION
OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_, 20_05_.

_____ #437

BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint
is placed in box:

_____ left thumbprint        _____ left/right index finger

_____ other, _____

601 /38

# THE STATE OF TEXAS,

No. F05-56279-K         VS.      §      IN THE CRIMINAL

§

§      DISTRICT COURT FOUR

§

_____    §      OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON           §      APRIL TERM, A.D., 2006
DEL CS 4G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00453-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

on Motion of Dist. Atty. _Rhee Sica_ Asst. Dist.

EXHIBIT 4

EXHIBIT 4

CAUSE NO. F-0557397

EXHIBIT 4

MT

DEFENDANT  Jackson, Raul _____ B  M  06061969  CHARGE DEL CS 4G/2ND _____

    AKA:

ADDRESS  _____  LOCATION  WRIT _____

FILING AGENCY  TXDPD0000  DATE FILED September 23, 2005 _____  COURT _____ CDC3 _____

COMPLAINANT  McKinney, V _____  F-0557397 _____  VT#: _____

C/C  _____

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ October _____ Term, A.D., __ 2005 __ of the

_____ Criminal District Court 3 _____ , Dallas County, in said Court at said

Term, do present that one  **JACKSON, RAUL**  , Defendant,

On or about the __ 20 th __ day of June A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

    And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

    against the peace and dignity of the State.

    **Bill Hill** _____  _____

                                                            Foreman of the Grand Jury

Ca. No. F **05-57397**

STATE OF TEXAS                         §              IN THE **CDC4**
            VS.                        §              DISTRICT COURT
**JACKSON, Raul**                      §              DALLAS COUNTY, TEXAS
                                                      2005 DEC 12 AM 11: 54

### PLEA AGREEMENT

                                                      JIM HAMLIN
                                                      DISTRICT CLERK
TO THE HONORABLE JUDGE OF SAID COURT:                 DALLAS CO. TEXAS

    The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:**             [ ✓ ] Guilty        [ ] Nolo contendere

**[ ] Defendant will testify.**    [ ✓ ] Defendant will NOT testify.

**Plea to enhancement paragraph(s):**  [ ✓ ] True      [ ] Not true

**Type of plea:**            [ ✓ ] Plea bargain    [ ] Open plea

**Open as to:** [ ] Deferred Adjudication  [ ] Community Supervision  [ ] Fine  [ ] Restitution.

[ ] Other:_____.

**State's recommendation:** _____.

**Agreed sentence:**

[ ✓ ] Confinement in *(penitentiary)(state jail)(county jail)* for ___**15**___ *(years) (months) (days)*.

[ ] Post-conviction community supervision, confinement probated for _____ *(years) (months) (days)*.

[ ] Deferred community supervision for _____ *(years) (months) (days)*.

[ ✓ ] Fine of $ **1,000** ~.   [ ] To be paid.   [ ] To be probated.

[ ] Boot Camp [ ] Shock Probation    [ ] Substance Abuse Felony Program

[ ] Judicial Drug Treatment Center  [ ] CENIKOR  [ ] Dallas County Jail Chemical Dependency Program

[ ] Restitution in the amount of $_____.    [ ] Back-time NOT included.

[ ] Back-time included _____.

[ ] Defendant will sign waiver of extradition.  [ ] Defendant knowingly and voluntarily waives appeal.

[ ✓ ] Other: _____ **all Sentences to run concurrently, Credit for all backtime** _____

### [ ] CHANGE OF NAME *(Applicable only if box is checked)*

    The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ **PCS 4g** _____.

The punishment range for the offense charged is:

[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.

[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.

[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.

[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.

[ ] _____, _____.

    You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

    With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b̶ ̶i̶e̶d̶ on an indictment returned by a grand ̶ ̶r̶; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ DCS 4g - 2009 _____ on _____ 6/20/05 exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

| | |
|---|---|
| 11/30/05 | X_____ |
| Date | Defendant |
| | Printed Name: Raul JACKSON |

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

| | |
|---|---|
| 11/30/05 | _____ |
| Date | Attorney for Defendant |
| | Printed Name: Bill Cox |
| | State Bar # 04956497 |

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

| | |
|---|---|
| 11/30/05 | _____ |
| Date | Assistant District Attorney |
| | BILL HILL, Criminal District Attorney, Dallas County, by |
| | Printed Name: Kate Sica |
| | State Bar # 24041912 |

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

| | |
|---|---|
| _____ | _____ |
| Date | Judge |

MT

DEFENDANT Jackson, Raul                    B  M   06061969    CHARGE DEL CS 4G/2ND

       AKA:

ADDRESS _____    LOCATION WRIT_____

FILING AGENCY TXDPD0000    DATE FILED September 23, 2005    COURT _____CDC3_____

COMPLAINANT   McKinney, V                    F-0557397    VT#:

C/C _____

THE STATE OF TEXAS                    CAUSE NO.  F-0557397

       VS.
                                      CRIMINAL DISTRICT COURT 3
**Jackson, Raul**                     DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.   I further consent to the introduction of this Judicial Confession, and  testimony orally, by affidavits, written statements of  witnesses and other   documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been  sworn, upon oath, I judicially confess  to the  following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the      20 th      day of June A.D., 2005            , in Dallas County,  Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

   And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____                    _____
Attorney for Defendant                              Defendant

SWORN TO AND SUBSCRIBED before me on the _____30_____ day of ___Nov.___, 20 _05_

APPROVED BY:

                                      JIM HAMLIN, CLERK
                                      DISTRICT COURTS OF
                                      DALLAS COUNTY, TEXAS

_____              By _____
Assistant  District Attorney                    Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. F05-57397

BAIL STATUS: JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DAT |
|---|---|---|---|
| RAUL JACKSON | | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | NOVEMBER |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| NOV 8 2005 | |

11-8-05

11-11-05 Conv

11-17-05 Invest

11-23-05 Plea

11-30-05 Plea

Jury waived. Defendant arraigned. Defendant warned.
Plea of guilty before Court. Found guilty of

DEFENDANT PLEADS TRUE / UNTRUE TO
ENHANCEMENT PARAGRAPH / PARAGRAPHS
THE COURT / JURY FINDS THE ENHANCEMENT
PARAGRAPH / PARAGRAPHS
TRUE / UNTRUE

and that Defendant committed said offense on the 20
day of _____ 192__. Punishment fixed at

Fifteen (0) years confinement in
the Texas Department of Corrections. Defendant sentenced.
Back time allowed $5000

12-15-05

1-30-06 Jury Trial

2-1-06 Trial

Reset on motion of Dist Atty

FEB 17 2006

050306

SENIOR DISTRICT JUDGE

Cause No. 05-57397

THE STATE OF TEXAS                    §    IN THE _____CDC 4_____
VS.                                   §    DISTRICT COURT_____
_____JACKSON, Raul_____               §    DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐  is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐  is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐  is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒  is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐  the defendant has waived the right of appeal.

_____          _____
Judge                                     Date Signed

I have received a copy of this certification:

_____          _____
Defendant (if not represented by counsel)   Defendant's Counsel
Mailing Address:                          State Bar No.: 04956497
                                          Mailing Address: 1401 Elm #3310
Telephone #:                              Telephone #:     Dallas, TX 75202
Fax # (if any)                            Fax # (if any):  214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ 0005

CASE NUMBER F-0557397                                  DATE 120605
OFFENSE DEL CS 4G                                      TIME 141844
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL                   RACE B SEX M DOB 060669
BNO
DISPOSED BY PGBC

SENTENCE
   10 YRS TO H TDC                                 APPEAL

     SPECIAL CONDITION                             MNT

     $     5000.00 FINE  $     223.00 COST          SENTENCE TO BEGIN   113005
ADDITIONAL CREDIT FOR TIME SERVED
     070805-113005
REMARKS  120605 DEFT IN JAIL: RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY


JIM HAMLIN
DISTRICT CLERK                              RELEASE INFORMATION
DALLAS COUNTY, TEXAS                     ] REMARKS

BY GILL D
   DEPUTY CLERK

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ   0004


CASE NUMBER F-0557397                                        DATE 121305
OFFENSE DEL CS 4G                                            TIME 105600
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL                         RACE B SEX M DOB 060669
BNO
DISPOSED BY

SENTENCE

                                            APPEAL

       SPECIAL CONDITION                    MNT


       $         0.00 FINE  $        0.00 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENC
   N THIS DEFT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY
   NTENCED-PLEASE DISREGARD SENTENCE


JIM HAMLIN
DISTRICT CLERK                          ]        RELEASE INFORMATION
DALLAS COUNTY, TEXAS                     ] REMARKS
                                         ]
BY GILL D                                ]
   DEPUTY CLERK                          ]

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-57397_

THE STATE OF TEXAS

VS.

_RAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

---

RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_ , 20 _05_.

_____#437_
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

____ left thumbprint     ____ left/right index finger

____ other, _____

# THE STATE OF TEXAS,

No. F05-57397-K        VS.        §        IN THE CRIMINAL

§

§        DISTRICT COURT FOUR

§

§        OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON        §        APRIL TERM, A.D., 2006
DEL CS 4G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number F06-00450-K.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

Based on Motion of Dist. Atty. _KATE SICA_ Asst. Dist.

2006 MAY -2 PM 3:36

FILED

EXHIBIT 5

EXHIBIT 5

## DEADLY WEAPON ALLEGATION

EXHIBIT 5

CAUSE NUMBER: F 05-54511

THE STATE OF TEXAS

VS.

RAUL DAVID JACKSON

IN THE CRIMINAL

DISTRICT COURT FOUR OF

DALLAS COUNTY, TEXAS

## NOTICE OF THE STATE'S SPECIAL PLEA OF
## USE OR EXHIBITION OF A DEADLY WEAPON

COMES NOW THE STATE OF TEXAS by and through her Criminal District Attorney

giving the defendant the following notice of the State's intention to submit a special plea in this

cause:

The State intends to seek a deadly weapon finding pursuant to TEX. CODE CRIM.

PROC. ANN. art. 42.12 § 3g(a)(2). The evidence will show that the defendant used or exhibited

a deadly weapon, to-wit: a **FIREARM** during the commission of said offense or during

immediate flight thereform.

The State would show that said special plea does not charge the defendant with an

additional or different offense, nor does it prejudice the substantial rights of the defendant.

Respectfully submitted,

Katherine Sica
SBCN 24041912
Assistant District Attorney
Dallas County, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2005, a true and correct copy
of the foregoing NOTICE OF THE STATE'S SPECIAL PLEA was handdelivered the attorney
of record for the Defendant, Bill Cox.

Respectfully submitted,

Katherine Sica
Assistant District Attorney
Dallas County, Texas